Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

22-00156-02-CR-W-BCW

DOCKET NUMBER *(Rec. Court)*

2:26-cr-00193-APG-NJK

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MELISSA A. WALKER | Western District of Missouri | Kansas City, Missouri |

NAME OF SENTENCING JUDGE

JUDGE BRIAN C. WIMES

| DATES OF PROBATION /SUPERVISED RELEASE: | From | To |
|---|---|---|
| | 03/20/2026 | 03/19/2031 |

OFFENSE
21 U.S.C. 841(a)(1), 841(b)(1)(A), and 846 - Conspiracy to Distribute Fentanyl and Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision )
Melissa A. Walker resides in the District of Nevada and does not intend to return to the Western District of Missouri. Transfer to the district of residency will aid in the implementation of local practices, conserve resources, and allow for local court intervention.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 19, 2026
*Date*

*/s/ Brian C. Wimes*
*CHIEF JUDGE BRIAN C. WIMES*
*UNITED STATES DISTRICT COURT*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

September 10, 2026
*Date*

*U.S. District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Melissa Annise Walker

Case No.: To be assigned

**REQUESTING ACCEPTANCE OF JURISDICTION**

September 8, 2026

TO: United States District Judge:

By way of case history, on May 16, 2024, Ms. Melissa Walker was sentenced in the Western District of Missouri by the Honorable Brian C. Wimes to a term of 30 months custody (as to count 1), followed by five (5) years' supervised release for committing the offense of Conspiracy to Distribute Fentanyl and Methamphetamine. On March 20, 2026, supervised release commenced in the District of Nevada.

Ms. Walker currently resides in the District of Nevada and does not intend to return to the Western District of Missouri. To address matters that may require the Court's attention in an efficient manner, we are requesting that transfer of jurisdiction be accepted. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), Chief U.S. District Judge Brian C. Wimes agreed to relinquish jurisdiction on August 19, 2026. It is respectfully requested that Jurisdiction be transferred to the District of Nevada. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Elijah Ray
Date: 2026.09.09 08:24:57 -07'00'

Elijah J Ray
United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2026.09.08 13:29:47 -07'00'

Donnette Johnson
Supervisory United States Probation Officer